UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 8:03 CR 13-FT-30TBM
21 U.S.C. §§ 952(a), 959, and 963

ARTURO CALDERON SALAMANCA,
a/k/a "Moises", a/k/a "Alfredo"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date continuing thereafter up to and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendant,

ARTURO CALDERON SALAMANCA
a/k/a "Moises,"
a/k/a "Alfredo,"

did knowingly and willfully combine, conspire, and agree with others known and unknown to the Grand Jury to import into the United States, from a place outside thereof, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 952(a).

In violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii).

1

## COUNT TWO

From an unknown date continuing thereafter up to and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendant,

ARTURO CALDERON SALAMANCA,
a/k/a "Moises,"
a/k/a "Alfredo,"

did knowingly and willfully combine, conspire and agree with other persons whose names are known and unknown to the Grand Jury to manufacture and distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 963.

All in violation of Title 21, United States Code, Sections 959, 963 and 960(b)(1)(B)(ii).

# FORFEITURES

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2.  From his engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendant,

    ARTURO CALDERON-SALAMANCA,
    a/k/a "Moises,"
    a/k/a "Alfredo,"

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of his interest in:

   a.  Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations;

   b.  Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations; and

3.  If any of the property described above, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
FOREMAN

PAUL I. PEREZ
United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Deputy Chief, Narcotics Section