UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

UNITED STATES OF AMERICA,            CASE NO.: 03-00013-CR-Moody

    Plaintiff,

vs.

ARTURO CALDERON-SALAMANCA,

    Defendant.
_____/

## MOTION FOR CREDIT TIME SERVED

COMES NOW, the Defendant, ARTURO CALDERON-SALAMANCA, by and through undersigned counsel and hereby requests this Honorable Court to grant him credit time served in this matter and in support thereof would state as follows:

1. The Defendant is a Colombian national who was extradited from Colombia.

2. The Defendant was incarcerated in the federal penitentiary of Combita, Colombia on December 5, 2003, (see attached translated certificate). The Defendant has remained incarcerated since that date until his transfer to the Middle District of Florida.

3. Defendant requests that any sentence imposed include credit time served from December 5, 2003.

4. Assistant United States Attorney Joseph Ruddy has no objection to the granting of this motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the relief sought herein.

                               Law Offices of White, White & Associates
                               The White Building - Suite 200
                               One Northeast Second Avenue
                               Miami, Florida 33132
                               Telephone: (305) 358-1100
                               Telecopier: (305) 358-2503
                               E-mail: jawhite@speakeasy.net

                               By: "s/." Jay A. White_____
                                    JAY A. WHITE, ESQUIRE
                                    Fla. Bar No.: 717850

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing notice was mailed to: Joseph Ruddy, AUSA, U.S. Attorney's Office, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602 on this 4th of August, 2005.
    .

                                         By: "s/." Jay A. White
                                               JAY A. WHITE, ESQUIRE
                                             Fla. Bar No.: 717850