UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                  Case No. 8:03-CR-13-T-30TBM

ARTURO CALDERON SALAMANCA
_____/

## O R D E R

Before the Court is Defendant Motion for Credit for Time Served (Dkt 38). For the reasons stated at the August 12, 2005 sentencing hearing, the Court finds that it does not have the authority to order the Bureau of Prisons to award Defendant credit for time served. In the Judgment in a Criminal Case, however, the Court recommended to the Bureau of Prisons that Defendant receive credit for time served on this offense in Colombia at Combita.

It is ORDERED that:

(1) Defendant Motion for Credit for Time Served (Dkt 38) is DENIED to the extent that the Court does not have the authority to order the BOP to award Defendant credit for time served.

DONE AND ORDERED at Tampa, Florida this 22nd day of August, 2005.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to
Counsel of Record
Defendant
Probation