UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                              Case No. 8:03-CR-13-T-30TBM

**ARTURO CALDERON SALAMANCA**
_____/

## ORDER AND AMENDED JUDGMENT

Before the Court is the Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P 35(b). (D-45.)

Defendant pled guilty to one count of conspiracy to import cocaine into the United States in violation of 21 U.S.C. §§ 963 and 960(b)(1)(B)(ii) and one count of conspiracy to manufacture and distribute cocaine which was to be imported into the United States in violation of 21 U.S.C. §§ 959, 963, ad 960(b)(1)(B)(ii). On August 12, 2005, the Court sentenced Defendant to a term of imprisonment of 108 months.

The Government filed a motion for a sentence reduction pursuant to Fed.R.Crim.P. 35(b) and 18 U.S.C. § 3553(e). The Government states that it considers Defendant's continued cooperation to be substantial assistance. The Government

therefore recommends that Defendant be awarded a two-level reduction in sentence. Defendant did not request a hearing.

The Court has fully considered the motion of the Government requesting reduction of the sentence imposed upon the Defendant and the evaluation by the Government of the assistance provided by the Defendant. The Court finds that the Defendant, Arturo Calderon Salamanca, in-fact, substantially assisted the Government in the manner described in the Government's motion. The Court therefore GRANTS the Government's motion and departs downward two levels due to Defendant's substantial assistance. Given that departure, the Guideline Range determined by the Court is as follows:

Total Offense Level: 29

Criminal History Category: I

Imprisonment Range: 87 to 108 months

Supervised Release Range: 3 to 5 years

Fine Range: $15,000 to $8,000,000.

The Court reduces Defendant's sentence to a term of incarceration of 87 months. All other aspects of the Defendant's August 12 2005 Judgment are reaffirmed and ratified.

It is therefore ORDERED that:

1) The Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P 35(b) (D-45) is GRANTED in accordance with the foregoing.

2) Defendant's Judgment in a Criminal Case as to Arturo Calderon Salamanca is hereby AMENDED and MODIFIED, in accordance with the foregoing, to reflect the corrected Guideline Range as set forth above and a reduction in Defendant's term of imprisonment from 108 months to 87 months.

3) All previously imposed terms and conditions are ratified and confirmed.

DONE AND ORDERED at Tampa, Florida this 11th day of December, 2009.

William J. Castagna
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE